**Order entered July 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01394-CV

**ENRIQUE N. PONTE, JR. M.D., ET AL., Appellants**

**V.**

**MARCELA BUSTAMANTE, ET AL., Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 08-08056**

## ORDER

We **GRANT** appellees' July 8, 2013 unopposed motion for an extension of time to file their respective appellate briefs. Appellees shall file their brief in response to the brief of appellants, Enrique N. Ponte, Jr., M.D. and Pediatrix Medical Services, Inc., on or before August 23, 2013. Appellees shall file their brief in response to the brief of appellants, Jorge Fabio Llamas-Soforo, M.D. and Jorge Fabio Llamas-Soforo, M.D., P.A. d/b/a El Paso Eye Center, on or before August 30, 2013.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE